Opinion issued October
13, 2011.








 



 

 

 

 









 








 

     

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00130-CV

____________

 

PARK NATIONAL CAPITAL FUNDING LLC, Appellant

 

V.

 

MICHAEL MASSEY, Appellee

 

 

 



On Appeal from the 55th District Court 

Harris County, Texas

Trial Court Cause No. 2009-09798

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed January 21, 2011.  On September 13, 2011, the parties filed a
joint motion to dismiss the appeal in order to effectuate a compromise and
settlement agreement. See Tex. R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We
dismiss any other pending motions as moot. 
The Clerk is directed to issue mandate within 10 days of the date of
this opinion.  See Tex. R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of
Chief Justice Radack and Justices Bland and Huddle.